# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER TAYLOR, <br><br> Plaintiff, <br><br> v. <br><br> NEOPHOTONICS CORPORATION, CHARLES J. ABBE, BANDEL L. CARANO, MICHAEL J. SOPHIE, KIMBERLY Y. CHAINEY, RAJIV RAMASWAMI, IHAB TARAZI, TIMOTHY S. JENKS, YANBING LI, and SHERI SAVAGE, <br><br> Defendants. | Case No. 1:22-cv-00002-LPS <br><br> JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: February 3, 2022

**LONG LAW, LLC**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*